```
QUIN DENVIR, Bar #49374
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
KENNETH WAYNE RICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE RICH,<br><br>        Petitioner,<br><br>  v.<br><br>ROSEANNE CAMBPELL, Warden,<br><br>        Respondent.<br>_____ | NO. Civ. S-05-0892 MCE GGH P<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT** |

    Petitioner, KENNETH WAYNE RICH, by and through his attorney, Assistant Federal Defender Carolyn M. Wiggin, requests thirty day extension of time to file a joint scheduling statement. Because the Order dated July 12, 2005, was not served on the Office of the Federal Defender, the Office of the Federal Defender only became aware that it was appointed in this case when it was contacted by Respondent's counsel on August 5, 2005. As a result, this office has not yet had an opportunity to become familiar with this case.

    The undersigned has contacted counsel for respondent, Deputy Attorney General Susan Bunting, and she graciously indicated that she has

no objection to the proposed extension.

    Accordingly, petitioner requests the court enter the order lodged simultaneously herewith.

Dated: August 8, 2005

                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender

                                  /s/ Carolyn M. Wiggin
                                  CAROLYN M. WIGGIN
                                  Assistant Federal Defender

                                  Attorney for Petitioner
                                  KENNETH WAYNE RICH

                          **********

Pursuant to the stipulated request of the parties, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including September 9, 2005.

Dated: 8/11/05

                                  /s/ Gregory G. Hollows

                                  Honorable GREGORY G. HOLLOWS
                                  United States Magistrate Judge

rich0892.eot