IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE RICH, | No. 2:05-cv-00892-MCE-GGH P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| MATTHEW MARTEL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On July 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.  The findings and recommendations filed July 18, 2008, are adopted in full; and
7       2.  Both petitioner's motion for summary judgment, filed on November 19, 2007
8 (# 28), which came on for hearing on December 20, 2007, and the habeas petition, are denied.

Dated: August 26, 2008

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE