IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE RICH,

    Petitioner,                    No. CIV S-05-892 MCE GGH P

    vs.

MATTHEW MARTEL, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has timely filed a notice of appeal of this court's August 26, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1         For the reasons set forth in the magistrate judge's July 18, 2008, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4         IT IS SO ORDERED.

Dated: October 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE